STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

Docket 04-584, 04-585 and 04-586

CHRISTOPHER SIMS

VERSUS

LIBERTY MUTUAL INS. CO., ET AL.

Consolidated with

GERALD ALAN CROY, ET AL.

VERSUS

DENNIS STEPHENSON, ET AL.

Consolidated with

TERRY M. CROY, INDIVIDUALLY AND ON BEHALF
OF THE SUCCESSION OF WAYNE V. CROY

VERSUS

LIBERTY MUTUAL INS. CO., ET AL.


************


APPEAL FROM THE
NINTH JUDICIAL DISTRICT COURT,
PARISH OF RAPIDES, NO. 178,614-D, 177,821-D, and 177,831-D,
HONORABLE W. ROSS FOOTE, DISTRICT JUDGE

************


GLENN B. GREMILLION
JUDGE

************


Court composed of Sylvia R. Cooks, Glenn B. Gremillion, and John B. Scofield*,
Judges.


MOTION TO CORRECT RECORD
DENIED. APPEAL OF TERRY CROY
DISMISSED.

STEVEN P. MANSOUR
MANSOUR & DEASON
2230 S. MacArthur Dr.
Alexandria, LA 71315
(318) 442-4855
COUNSEL FOR CHRISTOPHER SIMS

ROY HALCOMB
BROUSSSARD, BOLTON, HALCOMB & VIZZIER
812 Fifth Street
Alexandria, LA 71301
(318) 487-4589
COUNSEL FOR GERALD ALAN CROY, KATHY STANLEY,
    TWYLA TANNER AND BRIAN CROY

W. JAY LUNEAU
THOMAS D. DAVENPORT, JR.
LUNEAU LAW OFFICE
1239 Jackson Street
Alexandria, LA 71301
(318) 767-1161
COUNSEL FOR TERRY CROY

GREG ENGLESMAN
BOLEN, PARKER & BRENNER
P. O. Box 11590
Alexandria, LA 71315-1590
(318) 445-8236
COUNSEL FOR LIBERTY MUTUAL INSURANCE CO. AND
    HIXSON-HOPKINS AUTOPLEX OF ALEXANDRIA, INC.

LARRY STEWART
STAFFORD, STEWART & POTTER
P. O. Box 1711
Alexandria, LA 71309
(318) 487-4910
COUNSEL FOR DENNIS STEPHENSON

STACY AUZENNE
KEISER, AUZENNE & BOUDREAUX
P. O. Box 12394
Alexandria, LA 71315
(318) 443-6168
COUNSEL FOR CITY OF PINEVILLE

*Judge John B. Scofield, participated in this decision by appointment of the Louisiana Supreme Court as Judge Pro Tempore.